**Abatement Order filed July 10, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00451-CR
_____

### JOSHUA BULLOCK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1399389**

---

## ABATEMENT ORDER

Appellant entered a guilty plea without an agreed recommendation on punishment to aggravated robbery with a deadly weapon. Appellant filed a pro se notice of appeal. The reporter's record has not been filed in this appeal. The court reporter has informed the court that appellant has not paid or made arrangements to pay for preparation of the reporter's record. *See* Tex. R. App. P. 37.3(c)(2)(A). It is unclear whether appellant's trial counsel, Thomas Lewis, continues to represent him. This court is also unaware whether appellant is entitled to proceed without the payment of costs. *See* Tex. R. App. P. 37.3(c)(2)(B). Accordingly, we enter the following order. *See* Tex. R. App. P. 35.3(c).

We ORDER the judge of the 230th District Court to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge may appoint appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, the court's findings and conclusions, any order appointing counsel, and a videotape or compact disc, if any, containing a recording of the video teleconference shall be filed with the clerk of this court on or before **August 8, 2014.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

It is so ORDERED.

PER CURIAM